AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Kayla Reifschneider<br><br>_____<br>*Defendant* | ) Case: 1:24-mj-00088<br>) Assigned To : Judge Robin M. Meriweather<br>) Assign. Date : 3/5/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                          Kayla Reifschneider                                              ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☒ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds
Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings

Date:     03/05/2024

Issuing officer's signature

2024.03.05
11:10:17 -05'00'

City and state:          Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 03/05/2024, and the person was arrested on *(date)* 03/06/2024<br>at *(city and state)* Los Angeles, California.<br><br>Date: 03/06/2024 |

Arresting officer's signature

Printed name and title

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Kayla Reifschneider<br>DOB: XXXXXX<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-mj-00088
Assigned To : Judge Robin M. Meriweather
Assign. Date : 3/5/2024
Description: COMPLAINT W/ARREST WARRANT

**MJ 24-01267**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress,<br><br>18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or<br>Grounds Without Lawful Authority,<br><br>40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings | |

*[handwritten annotations in margin: "-20 yr..", "-5 yr..", "*< 1 yr"]*

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___03/05/2024___

_____
*Judge's signature*

2024.03.05
11:17:02 -05'00'

City and state: _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

Case: 1:24-mj-00088
Assigned To : Judge Robin M. Meriweather
Assign. Date : 3/5/2024
Description: COMPLAINT W/ARREST WARRANT

### STATEMENT OF FACTS

Your affiant, ██████████, is a Special Agent with the Federal Bureau of Investigation. In my duties as a Special Agent, I am currently assigned to the Joint Terrorism Task Force, specifically specializing in domestic terrorism matters. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### KAYLA REIFSCHNEIDER

On April 21, 2021, through a consensual screen capture on another individuals's phone, the FBI recorded the contents of a group registered to Telegram Messenger ("Telegram"), a messaging app that offers end-to-end encryption of chats and messages. The Telegram group, titled "PATRIOTS[45] MAGA Gang" ("Patriots 45"), was organized and administered by other individuals—specifically Person 1 and Person 2—and existed at least as early as October 24, 2020. The group was organized to support then-President Donald Trump and to discuss what its members claimed they viewed as fraudulent election results. On December 17, 2020, an individual with the username "Kaylee Schneider" joined the Patriots 45 group. On the basis of information discussed below, the FBI has identified this individual as Kayla REIFSCHNEIDER.

On December 19, 2020, then-President Trump shared a Tweet with the following message: "Peter Navarro releases 36-page report alleging election fraud 'more than sufficient' to swing victory to Trump https://t.co/D8KrMHnFdK. A great report by Peter. Statistically impossible to have lost the 2020 Election. Big protest in D.C. on January 6th. Be there, will be wild!" The Patriots 45 group discussed the call to attend a "wild" protest in Washington, D.C. on January 6, 2021. On December 21, 2020, another individual in the Patriots 45 group posted a link to an article titled, "Patriots Storming Oregon State Capitol Building Demand Voter Integrity—Met With Police Violence." REIFSCHNEIDER responded, "That vid of patriots in Oregon is what we need to be doing. Enough with the bs."[1] Person 1 responded, "Yeah I'm down." REIFSCHNEIDER replied, "We need a lot of people." Person 1 responded, "We're going to be in DC. Trump has called for us all. We'll have our chance."

On December 23, 2020, when Person 1 asked in the Patriots 45 group, "Who's going to DC[?]" REIFSCHNEIDER responded, "Me" and identified other individuals she planned to travel with. She added, "We are flying. But. We should[d] all meet up. At some point." Person 1 responded, "Some of us want to take things not great on airplanes." REIFSCHNEIDER responded, "Lmao. Love to hear it." She added, "Ima need a knife."

On December 24, 2020, in the Patriots 45 group, Person 1 wrote, "Wtf war is here. We end it soon. Stop getting it twisted everyone. We are at war now. Alex Jones already declared this." REIFSCHNEIDER responded, "Let's go." Person 1 added, "This group is behind in many ways if we are to participate. This shit gets me so pissed off. Fuck!" REIFSCHNEIDER responded, "Ill be there." REIFSCHNEIDER then shared a screenshot of a news article reading, "Supreme Court Fails to Immediately Act on Trump Campaign's Request to Expedite Pennsylvania Appeal."

---

[1] Typographical errors are retained from the original messages or alterations are indicated by brackets, except that, for ease of reference, periods have been added between individual messages sent consecutively even where they do not appear in the original.

On December 25, 2020, in the Patriots 45 group, REIFSCHNEIDER wrote, "Hey [Person 1] can you do me a favor." She added, "Can I give you a stun gun if you are driving to dc? And then when we get out there I can get it back lol."

On December 28, 2020, in the Patriots 45 group, REIFSCHNEIDER shared a screenshot of a Tweet from then-President Trump, which read, "Breaking News: In Pennsylvania there were 205,000 more votes than there were voters. This alone flips the state to President Trump." Within the screenshot, the Tweet was flagged with the following: "Election officials have certified Joe Biden as the winner of the U.S. Presidential election." Person 1 responded, "Election officials lol. We the people are the officials. Trump is not going anywhere." REIFSCHNEIDER responded with two fingers crossed emojis.

On December 30, 2020, in the Patriots 45 group, REIFSCHNEIDER wrote, "Can u drive my stun gun?" Person 2 responded, "yes." REIFSCHNEIDER replied, "I doubt I can pack it for flying." Later that same day, REIFSCHNEIDER shared a screenshot of Tweet from Senator Josh Hawley, which read, "Millions of voters concerns about election integrity deserve to be heard. I will object on January 6 on their behalf."

On December 31, 2020, in the Patriots 45 group, REIFSCHNEIDER wrote, "I leave Tuesday at 8:25am from LAX. but I need to give you guys my pepper spray."

On January 1, 2021, in the Patriots 45 group, REIFSCHNEIDER wrote, "Im getting my stun gun in on monday." Person 1 responded, "? We taking it with us for you? We leave Sunday at noon to start our trip." REIFSCHNEIDER responded, "Oh shit I mean im getting it tmmrw. I can bring it to you guys tomorrow if thats okay." Person 1 responded, "Give it to [Person 2]. He's in Pasadena for the rose parade rally thing if you can." REIFSCHNEIDER replied, "Okay sounds good!" Later that same day, REIFSCHNEIDER wrote, "Im bringing a knife and three pepper sprays and a stun gun."

On January 2, 2021, in the Patriots 45 group, REIFSCHNEIDER posted an image of a stun gun, swiss-army-style knife, and pepper sprays, and captioned the photograph, "Tell Aunt Queefa not to f with me. I will use whatever I have to protect myself and others." She added, in a smaller font, "I won't be looking for problems but if any situations occurs I will defend myself."



Immediately thereafter, she posted a video of her stun gun captioned, "Can't keep fighting anarchists with kindness or just ignore it anymore."



Thereafter, REIFSCHNEIDER shared a screenshot of a Tweet from another individual, which read, "If you're in DC on January 6th, STAY HOME! The domestic terrorists (Boogaloos, Prod Boys, etc.) are planning to break into federal buildings, cause violence against law enforcement, burn down buildings, and even try to shoot up federal employees and lawmakers. STAY HOME!!!!!!!!" After sharing that screenshot, REIFSCHNEIDER wrote, "Lmfaooo. What a l[os]er." Person 2 responded, "real Trump supporters are looking to arrest traitors like Nancy and Mitch and Biden etc. not attack buildings lol." REIFSCHNEIDER replied, "Exactly. We arent antifa and blm. We have an actual mission."

On January 5, 2021, in the Patriots 45 group, REIFSCHNEIDER wrote, "We just landed." Later that day, she wrote, "[Person 1], [Person 2] how should I get my pepper spray lol."

On January 6, 2021, members of the Patriots 45 group discussed the events surrounding the certification of the Electoral College vote and the riot at the U.S. Capitol in real time. For example:

- At 1:57 PM ET, another individual in the group wrote, "Guys, have you heard that apparently pence said he won't throw out the votes?" REIFSCHNEIDER responded one minute later, "Yes" and shared a Tweet, which read, "BREAKING NEWS: Mike Pence rejects Trump's call to overturn Biden election." Included in that Tweet were two images, reflecting a statement from then-Vice President Mike Pence regarding his role in the certification proceedings. In that letter, then-Vice President wrote, "It is my considered judgment that my oath to support and defend the Constitution constraints me from claiming unilateral authority to determine which electoral votes should be counted and which should not." REIFSCHNEIDER continued with two additional screenshots, containing the content of this letter. An individual responded, "The establishment has won." At 2:01 PM ET, REIFSCHNEIDER replied, "We allowed them." She continued, "We need to give them hell." An individual responded, "Apparently they are trying to storm the capital." REIFSCHNEIDER responded, at 2:04 PM ET, "Yeah they did a little while ago but it didn't work out." Another individual replied, "It did work out." and continued "They're literally on the capitol building rn." REIFSCHNEIDER replied at 2:07 PM ET, "Oh ya they are at the steps. But not in."

- At 2:32 PM ET, another individual shared an image of a Tweet, which read, "ALERT: Both Chambers are now in recess. Vice President Pence has been evacuated. The US Capitol is under siege." REIFSCHNEIDER replied, "Hopefully areested."

- At 4:48 PM ET, another individual wrote, "Antifa stormed the capital building to control the narrative against Patriots it was all planned." REIFSCHNEIDER replied one minute later, "I can tell u that it isn't antifa."

- At 5:20 PM ET, another individual wrote, "So what happens now?" REIFSCHNEIDER replied, "We lost. Thats it." She then shared a video and wrote, "Brok[e] my foot I think." When someone asked, "How?" REIFSCHNEIDER replied, "Kicked a cnn camera."

- At 11:20PM ET, another individual forwarded a message that included a news update quoting a statement made by then-Senator Kelly Loeffler in the resumed certification proceedings: "When I arrived in Washington this morning, I fully intended to object to the certification of the electoral votes. However, the events that have transpired today have forced me to reconsider and I cannot now, in good conscience, object." The individual added, "I'm so glad this bitch lost." REIFSCHNEIDER replied, "You are going against the constitution knowingly and you changed your mind because you are upset." She added, "If you were rejecting the election because you believe there was fraud…then change your mind over unrest…what does that say about your morals."

By early January 7, 2021, REIFSCHNEIDER was aware that individuals at the U.S. Capitol building were being arrested. In the Patriots 45 group, at 12:26 AM ET, she shared a screenshot of a phone and circled a news update, which read: "D.C. update. Police: 52 arrested,

15 officers hurt; 4 people died – 3 from medical emergencies and 1 in shooting." On January 15, 2021, in the Patriots 45 group, REIFSCHNEIDER wrote, "You guys need to delete this chat. I feel like telegram isnt like legit ya know. Lots of disinformation." She added three emojis of pairs of eyes looking to the left. In the weeks following January 6, 2021, members of the Patriots 45 group frequently discussed the public identification of certain members of the group as being present at the U.S. Capitol. On January 16, 2021, in the Patriots 45 group, REIFSCHNEIDER wrote, "Whoever is a rat in this chat is going to get fucking fucked up." She added, "They are posting our pics from dc onto Twitter." Shortly later, REIFSCHNEIDER removed three members from the group, and wrote, "They haven't been active since like November." Later that day, REIFSCHNEIDER speculated that a particular individual was "a rat." Three days later, on January 19, 2021, REIFSCHNEIDER left the Patriots 45 group.

On March 31, 2021, REIFSCHNEIDER was voluntarily interviewed by the FBI. In this interview, REIFSCHNEIDER admitted that she traveled to Washington, D.C. with others, arriving on January 5, 2021, and that she stayed a hotel with a friend, and departed on January 7, 2021. She stated that she attended the speech by then-President Trump at the Ellipse on the morning of January 6, 2021. While in the area of the Ellipse, but before then-President Trump was speaking, REIFSCHNEIDER stated that a man walked by and said, "We're going to storm the Capitol at 1 PM." As the speeches concluded, REIFSCHNEIDER said she left the area of the Ellipse and went to eat. As she was leaving, REIFSCHNEIDER said she looked on her phone and saw that people were storming the Capitol. Later that afternoon, REIFSCHNEIDER went to the U.S. Capitol building herself. At the U.S. Capitol building, REIFSCHNEIDER stated that she stood on scaffolding outside of the building and saw rioters breaking glass. She stated that she went from the scaffolding to another area where she observed a "scrimmage line" between police and rioters, and, when she observed that, she left the area.

After she left that area, REIFSCHNEIDER stated that she saw members of the media and joined others in yelling at them. REIFSCHNEIDER stated that she had a confrontation with a member of the media, in which she was pushed. She stated that other individuals saw this and responded by throwing and jumping over metal barricades and "going after all the media stuff, the media people." REIFSCHNEIDER said there was a pile of media equipment, and she "kicked one of the cameras that was already on the ground." REIFSCHNEIDER added, "I hurt my foot. It was probably messed up for like a month." When asked, "Did you, like, soccer kick it or stomp it?" REIFSCHNEIDER responded, "Soccer kick, I think."

REIFSCHNEIDER acknowledged being in a Telegram group with Person 1 and Person 2. REIFSCHNEIDER admitted that, prior to leaving California, she gave a stun gun and pepper spray to Person 2, to bring to Washington, D.C. She stated she never received those items back. REIFSCHNEIDER noted that she said she was going to bring a knife, but she did not in fact bring it. Following the events at the Capitol, on the evening of January 6, 2021, REIFSCHNEIDER stated that she went to an Airbnb where Person 1 and Person 2 were staying.

Records provided by United Airlines confirmed that REIFSCHNEIDER flew to Washington, D.C. from Los Angeles, CA on January 5, 2021 and returned back to Los Angeles on January 7, 2021. The Hamilton Hotel, located at 1001 14th Street NW, Washington, D.C. 20005,

confirmed that REIFSCHNEIDER stayed at the hotel with another individual from January 5, 2021 to January 7, 2021.

A review of open-source video footage revealed that REIFSCHNEIDER did attend then-President Trump's speech at the Ellipse on the morning of January 6, 2021.  REIFSCHNEIDER is circled in red in the below image, which is a still from an open-source video of the near the area when then-President Trump spoke that morning.  She appears wearing a brown jacket over a red jacket and a white hat.



Later that afternoon, at the U.S. Capitol building, open-source video footage depicts REIFSCHNEIDER on the Upper West Terrace, near a police line.  REIFSCHNEIDER is heard to yell, "You fucking pieces of shit!"  She continues, "You should fucking do it now."  She then takes off her brown and red coats and yells, "Does anyone have a fucking badge?  I'll fucking do it!"  After removing her jackets, she is seen wearing a white sweatshirt with a thin-blue-line American flag emblem, a dark-colored winter hat, and goggles.  The below image is a still from this open-source video.



In another open-source video from the Upper West Terrace, another rioter is depicted speaking into a megaphone and holding up an envelope labeled "Speaker of the House." In the video, he tells the crowd he left a note for then-Speaker of the House Nancy Pelosi, in which he called her a "bitch." REIFSCHNEIDER walks by and cheers. The below image is a still from this open-source video, in which REIFSCHEIDER is indicated in red.



In another open-source video from the Upper West Terrace, taken at approximately 4:22 PM ET, REIFSCHNEIDER stands and holds out her phone toward a group of rioters assaulting

law enforcement trying to clear the Upper West Terrace. The below image is a still from this open-source video, in which REIFSCHNEIDER is circled in red.



In another open-source video, after rioters had been cleared from the Upper West Terrace, REIFSCHNEIDER stands opposite a police line, while holding out her phone, and yells "Mother fucker!" toward the police line. The below image is a still from this open-source video, in which REIFSCHNEIDER is circled in red.



After leaving the Upper West Terrace, REIFSCHNEIDER joined a group of rioters in an area on the East side of the Capitol where members of the media had set up. The members of the media were behind bike racks, which initially separated the members of the media from the crowd. In an open-source video at this location, REIFSCHNEIDER and other rioters yelled at members of the media, and other rioters knocked over and remove bike racks. The below still images are from this open-source video. REIFSCHNEIDER is circled in red in the second image.





After the bike racks were moved, another open-source video depicts REIFSCHNEIDER climbing over the small wall that had separated the media from the rioters. As members of the media are forced to flee and media equipment is being destroyed, REIFSCHNEIDER cheers and yells, "Get rid of it, bitch. That's right, we're throwing your fucking shit." The below image is a still from this open-source video.



In another open-source video capturing some of the same moments, REIFSCHNEIDER is heard to yell toward the media, "Four years of fucking shit!" and "Now we're fucking pissed!" She then spit in the direction of the media and yelled, "Mother fucker! Fuck you! That's spit, bitch! Get fucking COVID!" As rioters smash camera equipment, REIFSCHNEIDER yells, "Get fucking rid of it, bitch!" REIFSCHNEIDER then approaches and lifts a helmet off the ground and throws it on the ground, in the direction of another individual. The below are two still images from this open-source video: in the first, REIFSCHNEIDER and the helmet are circled in red; in the second, the helmet is circled in red.





Another open-source video depicts the same moment, in which REIFSCHNEIDER throws the helmet. The below image is a still from this open-source video, in which REIFSCHNEIDER and the helmet are indicated in red.



Moments late, in that same open-source video, REIFSCHNEIDER approaches a camera on the ground and steps on it with her foot. She then leans down toward the camera. The below are two still images from this open-source video, and in each REIFSCHNEIDER is indicated in red.





Another open-source video captures the moments after REIFSCHNEIDER steps on the camera. REIFSCHNEIDER leans down and lifts the camera up and throws it back to the ground. She yells, "It shows my fucking anger!" Then she yells, "Fuck you!" The below image is a still from this open-source video.



In another open-source video, capturing the following moments, REIFSCHNEIDER celebrates. She raises a middle finger and yells, "Fuck you! It's been four years I've been wanting to do this!" The below image is a still from this open-source video.



I was present for the March 31, 2021 interview of REIFSCHNEIDER, and I can confirm the individual that I identify in this Statement of Facts as REIFSCHNEIDER is, in fact, REIFSCHNEIDER. I can further confirm that the voice I have identified in this Statement of Facts as REIFSCHNEIDER is, in fact, REIFSCHNEIDER.

Content posted on REIFSCHNEIDER's Instagram account confirms REIFSCHNEIDER's presence in Washington, D.C. on January 6, 2021. In a series of Instagram stories, REIFSCHNEIDER posted the following on or about January 6, 2021:

- A photograph of then-President Trump with the caption, "Good morning and Trump is still your president."

- As shown below, a photograph of herself wearing a red jacket and red hat, which read, "Trump 2020 Keep America Great."



- As shown below, a post from another individual, to which she added the caption, "THIS IS HOW YOU TAKE YOUR COUNTRY.  GO TO GOVT BUILDINGS.  MAKE A STATEMENT.  I HAVE BEEN SAYING THIS."



- A video of a pile of media equipment, over which REIFSCHNEIDER states, "Bye bye media stuff." She added, "I absolutely broke my foot or fractured it kicking one of those cameras, but it was fucking worth it. It was fucking worth it. I'm pissed."



- A video of a police line trying to remove rioters from the Upper West Terrace, over which REIFSCHNEIDER coughs and states, "Pepper spraying everying."



- A video of a window at the U.S. Capitol building, over which REIFSCHNEIDER yells, "Yeah! Fuck yeah! Woo! Fuck the establishment, mother fuckers!" She captioned the video, "FUCK THE ESTABLISHMENT!!! I BEEN SAYING IT FOR MONTHS!!!"



- A video taken from scaffolding of the northwest side of the U.S. Capitol building.



Pursuant to a search warrant issue for REIFSCHNEIDER's cellular phone, I have reviewed relevant records from her phone. Among other information, text messages were identified in

which REIFSCHNEIDER discussed what was coming on January 6, 2021. On January 4, 2021, she wrote, to another individual, "[P]eople wonder how their countries are so fucked up…Gee I wonder… And everyone is letting it happen…There needs to be massive protests…Im talking burning govt building ls…And corporate stores…Not mom and pop shops and innocent peoples cars and shit… People are so afraid of covid theres a lot of those that wont protest…The govt is using covid purposely to instill fear on the people so they wont go take action…This is allowing them to getaway with what they are soing." The following day, January 5, 2021, she wrote to the same person, "It'll be a full on war tomorrow though." To another individual, also on January 5, 2021, REIFSCHNEIDER wrote, "The police here such ass." She added, "I wanna literally punch them."

On January 6, 2021, REIFSCHNEIDER texted with another individual, "About to go to the capital rn." Later, she wrote to that same person, "Curfew at 6" and added, "WE WILL NOT COMPLY." She continued, "I'm in the hotel rn" and said she was "[a]bout to head over to the capital." She added, "Time to show them who they are fcukinf with." Later, she wrote to that same individual, "Cops…Im going to lose my shit on the police…I took my back the blue swetaer off stomped on it and threw it at them." Later that evening, she wrote, "Straight out war… We went fucking hard… Those asshats think theu are so tough… I never seen anything in my life like what I saw today."

On January 6, 2021, REIFSCHNEIDER texted another individual, "Time to show them who they should be afraid of. Curfew at 6. We will not comply." That individual wrote back on the morning of January 7, 2021, "So they beat the crap out of the police?" REIFSCHNEIDER responded, "I definitely saw one getting help. Limping. We fucked them up worse than antifa and blm. Lmao."

Based on the foregoing, your affiant submits there is probable cause to believe that REIFSCHNEIDER violated 18 U.S.C. § 1512(c)(2), which makes it a crime to corruptly obstruct, influence, or impede an official proceeding, and to attempt to do so. A proceeding before Congress is an "official proceeding" for purposes of 18 U.S.C. § 1512(c)(2), as defined in 18 U.S.C. § 1515(a)(1)(B).

Your affiant submits that there is also probable cause to believe that REIFSCHNEIDER violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant further submits that there is also probable cause to believe that REIFSCHNEIDER violated 40 U.S.C. § 5104(e)(2)(F), which makes it a crime to engage in an act of physical violence in the United States Capitol Grounds or any of the Capitol Buildings.

SPECIAL AGENT
FEDERAL BUREAU OF
INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 5th day of March 2024.

2024.03.05
11:14:22 -05'00'

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

FILED

2024 MAR -6 AM 10: 06

LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | | CASE NUMBER   MJ 24-01267 |
|---|---|---|
| | PLAINTIFF(S) | 1:24-MJ-00088 |
| v. | | |
| Kayla Lee Reifschneider | | **DECLARATION RE**<br>**OUT-OF-DISTRICT WARRANT** |
| | DEFENDANT(S). | |

The above-named defendant was charged by: Complaint
in the _____ District of Columbia _____ on 03/05/2024
at 11:17 EST _____ ☒ a.m. / ☐ p.m.  The offense was allegedly committed on or about 01/06/2020
in violation of Title 18 _____ U.S.C., Section(s) USC 1512(c)(2); 18 USC 1752(a)(1) and (2); 40 ...
to wit: Obstruction of Justice/Congress; Knowingly Entering or Remaining in any Restricted Buidling or Grounds Without Lawful ...

A warrant for defendant's arrest was issued by: U.S. Magistrate Robin M. Meriweather

Bond of $ n/a _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Arrest Warrant and Complaint

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____03/06/2024_____
                      Date

| Signature of Agent | Patrick Gonzales |
|---|---|
| | **Print** Name of Agent |
| FBI | Special Agent |
| **Agency** | **Title** |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

                                                PLAINTIFF

v.

Kayla Lee Reifschneider

                                                DEFENDANT.

☑ LA  ☐ RS  ☐ SA    DATE FILED: 3/6/2024

CASE NUMBER: 2:24-mj-01267-DUTY  ☐ Under Seal

INIT. APP. DATE: 3/6/2024      TIME: 1:30 PM

CHARGING DOC: Out of District Affidavit

DEFENDANT STATUS: In Custody

☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT

VIOLATION: 18:1512; 18:1752; 40:5104

COURTSMART/REPORTER: _C/S  03/06/2024_

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE  Stephanie S. Christensen | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: Teagan Snyder          _Matthew Tako_
          _Deputy Clerk_          _Assistant U.S. Attorney_          _Interpreter / Language_

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Daniel Natal          ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution Ordered (see separate order)   ☐ Special appearance by: _† subject to reconsideration in District of columbia._

☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)

☑ BAIL FIXED AT $ _10,000_       (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.     ☐ Class B Misdemeanor    ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ PO/PSA WARRANT     ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at _____ in Los Angeles

☐ Post-Indictment Arraignment set for: _____ at _____ in Los Angeles

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☑ Defendant executed Waiver of Rights. ☑ Process received.

☑ Court ORDERS defendant Held to Answer to _____ District of _Columbia_
   ☑ Bond to transfer, if bail is posted. Defendant to report on or before _March 21, 2024  12:30 pm via zoom_
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____.

☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM

☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom          ☐ Judge's Courtroom

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☑ Electronic Release Order issued (if issued using Release Book: Release Order No. _____ ).

☐ Other: _____

RECEIVED: ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10     ☐ READY

Deputy Clerk Initials: _TS_

FILED

MJ 24-01267

2024 MAR -6 AM 10: 06

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| v.                                    PLAINTIFF | 1:24-MJ-00088 |
| Kayla    Lee    Reifschneider | **REPORT COMMENCING CRIMINAL** |
| DEFENDANT | **ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 03/06/2024 _____ ☑AM ☐PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐Yes ☑No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑Yes ☐No

4. Charges under which defendant has been booked: 18 USC 1512(c)(2); 18 USC 1752(a)(1) and (2); 40 USC 5104 (e)(2)(F)

   Obstruction of Justice/Congress; Knowingly Entering or Remaining in any Restricted Buidling or Grounds Without Lawful Authority; As

5. Offense charged is a: ☑Felony ☐Minor Offense ☐Petty Offense ☐Other Misdemeanor

6. Interpreter Required: ☑No ☐Yes    Language: _____

7. Year of Birth: 1996

8. Defendant has retained counsel: ☐No
   ☐Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: SA Patrick Gonzales _____ (please print)

12. Office Phone Number: (703)438-5843 _____    13. Agency: FBI

14. Signature: /s/ _____    15. Date: 3|6|24

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION



FILED
CLERK, U.S. DISTRICT COURT

MAR – 6 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | | CASE NUMBER: 2:24 – mj – 1267 – Duty |
| | Plaintiff, | |
| v. | | |
| Kayla Reifschneider | | **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS** |
| | Defendant. | |

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

## IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

## IF YOU ARE CHARGED WITH A VIOLATION OF
## YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

*continued on Page 2*

## IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

## IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

## ACKNOWLEDGMENT OF DEFENDANT:

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: __3-6-24__                    _____ obo: Kayla Reifschneider
                                     *Signature of Defendant*

**[or]**

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____             _____
                                     *Signature of Defendant*

## STATEMENT OF THE INTERPRETER:

I have translated this Advisement of Rights to the Defendant in the _____ language.

Dated: _____             _____
                                     *Signature of Interpreter*

                                     _____
                                     *Print Name of Interpreter*

## STATEMENT OF COUNSEL:

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: __3-6-24__                   _____
                                     *Signature of Attorney*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

MAR - 6 2024

CENTRAL DISTRICT OF CALIFORNIA
BY ___ TS ___ DEP.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>*Kayla Reifschneider*<br><br>DEFENDANT. | CASE NUMBER:<br><br>2:24-mj-1267-Dty<br><br>**WAIVER OF RIGHTS**<br>**(OUT OF DISTRICT CASES)** |

I understand that charges are pending in the ⟵ District of ~~for the~~ District of Columbia alleging violation of 18 USC 1512, 1752, 40 USC 5104 and that ~~I have been arrested in this district and~~
<span style="font-size:smaller">*(Title and Section / Probation / Supervised Release)*</span>
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;

    (2)    arrival of process;

-*Check one only*-

☑ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

    ☐  have an identity hearing

    ☑  arrival of process

    ☐  have a preliminary hearing

    ☐  have an identity hearing, and I have been informed that I have no right to a preliminary hearing

    ☑  have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant   *On behalf: Kayla Reifschneider*

_____
Defense Counsel

_____
United States Magistrate Judge

Date: _3-6-24_

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter (if required)

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **KAYLA LEE REIFSCHNEIDER**     Case No. 2:24-mj-01267-DUTY

■ Defendant   ☐ Material Witness

Violation of Title and Section: **18:1512; 18:1752; 40:5104**

☐ Summons   ■ Out of District   ☐ **UNDER SEAL**   ☐ Modified Date:

*Check only one of the five numbered boxes below and any appropriate lettered box (unless one bond is to be replaced by another):*

| | |
|---|---|
| 1. ☐ Personal Recognizance *(Signature Only)* | (c). ☐ Affidavit of Surety With Justification *(Form CR-3)* Signed by: |
| 2. ☒ Unsecured Appearance Bond $ 10,000 | |
| 3. ☐ Appearance Bond $ | |
| (a). ☐ Cash Deposit *(Amount or %) (Form CR-7)* | ☐ With Full Deeding of Property: |
| (b). ☐ Affidavit of Surety Without Justification *(Form CR-4)* Signed by: | |
| | 4. ☐ Collateral Bond in the Amount of *(Cash or Negotiable Securities)*: $ |
| | 5. ☐ Corporate Surety Bond in the Amount of: $ |

Release Date: 3/6/2024
■ Released by:
SSC / TS
*(Judge / Clerk's Initials)*
☐ Release to U.S. Probation and Pretrial Services ONLY
■ Forthwith Release

■ All Conditions of Bond *(Except Clearing-Warrants Condition)* Must be Met and Posted by:
3/8/2024
☐ Third-Party Custody Affidavit *(Form CR-31)*
■ Bail Fixed by Court:
SSC / TS
*(Judge / Clerk's Initials)*

## PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).

☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

■ Submit to United States Probation and Pretrial Services supervision as directed by Supervising Agency.

■ Surrender all passports and travel documents to Supervising Agency no later than 3/8/2024 _____, sign a Declaration re Passport and Other Travel Documents *(Form CR-37)*, and do not apply for a passport or other travel document during the pendency of this case.

■ Travel is restricted to CDCA and District of Columbia (For Court Purposes Only) _____ unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel as well as for any domestic travel if the defendant is in a Location Monitoring Program or as otherwise provided for below.

■ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

Defendant's Initials _____ Date 3-6-24

**Case Name:** United States of America v. KAYLA LEE REIFSCHNEIDER                Case No. 2:24-mj-01267-DUTY

☒ Defendant     ☐ Material Witness

☒ Maintain or actively seek employment unless excused by Supervising Agency for schooling, training, or other reasons approved by Supervising Agency. Verification to be provided to Supervising Agency. ☒ Employment to be approved by Supervising Agency.

☒ Avoid all contact, directly or indirectly (including by any electronic means), with any known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ _____ ; ☐ except for _____.

☐ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may have contact with the following codefendants without your counsel present: _____ .

☒ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ Surrender any such item as directed by Supervising Agency by _____ and provide proof to Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☐ Do not use or possess any identification, mail matter, access device (including, but not limited to, credit and debit cards), or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency.

☐ In order to determine compliance, you agree submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____ .

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol. ☐ Submit to alcohol testing. If directed to do so, participate in outpatient treatment as approved by Supervising Agency. Testing may include any form of prohibited-substance screening or testing. You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency.

☐ Do not use or possess illegal drugs or state-authorized marijuana. ☐ Submit to drug testing. Testing may include any form of prohibited-substance screening or testing. You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency. If directed to do so, participate in outpatient treatment as approved by Supervising Agency.

☐ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☐ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or any street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☐ Participate in residential substance abuse treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to Supervising Agency only.**

☐ Participate in mental health treatment, which may include evaluation, counseling, or treatment as directed by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

Defendant's Initials: _KLR_    Date: 3-6-24

**Case Name:** United States of America v. **KAYLA LEE REIFSCHNEIDER**   **Case No.** 2:24-mj-01267-DUTY

☒ Defendant   ☐ Material Witness

☐ Participate in the Location Monitoring Program marked below and abide by all of the requirements of the program and any indicated restrictions, under the direction of the Supervising Agency. You must pay all or part of the costs of the program based upon your ability to pay as determined by the Supervising Agency. You are financially responsible for any lost or damaged equipment.

**1. Location Monitoring Restrictions (Select One)**

☐ **Location Monitoring only - no residential restrictions**

☐ **Curfew:** Curfew requires you to remain at home during set time periods. **(Select One)**
   ☐ As directed by Supervising Agency; **or**
   ☐ You are restricted to your residence every day from _____ to _____

☐ **Home Detention:** Home detention requires you to remain at home at all times except for employment, education, religious services, medical needs or treatment, attorney visits, court appearances and obligations, essential needs, and _____, all of which must be preapproved by the Supervising Agency.

☐ **Home Incarceration:** Home Incarceration requires you to be at home 24 hours a day except for medical needs or treatment, attorney visits, court appearances or obligations, and _____, all of which must be preapproved by Supervising Agency.

**2. Location Monitoring Technology (Select One)**

☐ Location Monitoring technology at the discretion of the Supervising Agency. (If checked, skip to 3)

☐ Location Monitoring **with** an ankle monitor (Select one below)
   ☐ at the discretion of the Supervising Agency **or**
   ☐ Radio Frequency (RF) **or**
   ☐ Global Positioning System (GPS)

**or**

☐ Location Monitoring **without** an ankle monitor (Select one below)

   ☐ at the discretion of the Supervising Agency **or**
   ☐ Virtual/Biometric (smartphone required to participate) **or**
   ☐ Voice Recognition (landline required to participate)

**3. Location Monitoring Release Instructions (Select One)**

☐ Release to Supervising Agency only **or** ☐ Enroll in the location monitoring program within 24 hours of release.

☐ You are placed in the third-party custody (*Form CR-31*) of _____.
☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ____ days of release from custody.

Defendant's Initials: _KLR_   Date: _3-6-24_

**Case Name:** United States of America v. **KAYLA LEE REIFSCHNEIDER**    Case No. 2:24-mj-01267-DUTY

☒ Defendant    ☐ Material Witness

☐ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to Supervising Agency upon commencement of supervision. You must disclose any new devices, accounts, application, passwords, or passcodes to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view, obtain, store, or transmit digital data. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

☐ All digital devices will be subject to monitoring by Supervising Agency. You must comply with the rules and regulations of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☐ Do not use or possess more than one virtual currency wallet/account, and that one wallet/account must be used for all virtual currency transactions. Do not obtain or open a virtual currency wallet/account without prior approval of Supervising Agency. You must disclose all virtual currency wallets/accounts to Supervising Agency when supervision starts and must make them available to Supervising Agency upon request. You may use or possess only open public blockchain virtual currencies and are prohibited from using private blockchain virtual currencies unless prior approval is obtained from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including computer hardware and software, which may be in conjunction with law enforcement.

**<u>Cases Involving a Sex-Offense Allegation</u>**

☐ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to Supervising Agency upon commencement of supervision. You must disclose any new devices, accounts, application, passwords, or passcodes to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view, obtain, store, or transmit visual depictions of sexually explicit conduct involving children. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

☐ All digital devices will be subject to monitoring by Supervising Agency. You must comply with the rules and regulations of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person under the age of 18 except in the presence of the parent or legal guardian of the minor after you have notified the parent or legal guardian of the pending charges or convictions involving a sex offense and only as authorized by Supervising Agency

☐ Do not enter or loiter within 100 feet of schoolyards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, amusement and theme parks, or other places frequented by persons under the age of 18 and only as authorized to do so by Supervising Agency.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica, including but not limited to pictures, photographs, books, writings, drawings, or videos depicting or describing child pornography. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including computer hardware and software, by Supervising Agency, which may be in conjunction with law enforcement..

Defendant's Initials: _KR_    Date _3-6-24_

**Case Name:** United States of America v. **KAYLA LEE REIFSCHNEIDER**     Case No.  2:24-mj-01267-DUTY

☑ Defendant     ☐ Material Witness

☑ Other conditions:

Defendant shall report as soon as possible to the supervising officer every contact going forward with law enforcement personale including arrests, questionings or traffic stops.

---

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform United States Probation and Pretrial Services and my counsel of any change in my contact information, including my residence and telephone number, including cell phone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release. I will inform Supervising Agency of law enforcement contact within 72 hours of being arrested or questioned by a law enforcement officer.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials _____  Date _3- 6_

Case Name: United States of America v. **KAYLA LEE REIFSCHNEIDER**      Case No.  2:24-mj-01267-DUTY

■ Defendant      ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

_3-7-24_      _Kayla Reifschneider_      _818-750-5636_
*Date*      *Signature of Defendant / Material Witness*      *Telephone Number*

_Los Angeles CA_
**City and State (*DO NOT INCLUDE ZIP CODE*)**

☐ **Check if interpreter is used:** I have interpreted into the _____ language this entire form
     and have been told by the defendant that he or she understands all of it.

_____     _____
*Interpreter's Signature*                    *Date*

Approved: _____     _____
     *United States District Judge / Magistrate Judge*         *Date*

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials _KR_  Date _3-7-24_

CLOSED,PASPRT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-01267-DUTY All Defendants

Case title: USA v. Reifschneider

Date Filed: 03/06/2024

Date Terminated: 03/06/2024

---

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Kayla Reifschneider**
*TERMINATED: 03/06/2024*

represented by **Daniel Natal**
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012
213-894-2854
Fax: 213-894-0081
Email: daniel_natal@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

**USA**                                        represented by   **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2024 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Kayla Reifschneider, originating in the District of Columbia. Defendant charged in violation of: 18:1512(c)(2), 1752(a)(1) and 2; 40:5104(e)(2)(F). Signed by agent Patrick Gonzales, FBI. filed by Plaintiff USA. (jb) (Entered: 03/07/2024) |
| 03/06/2024 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Kayla Reifschneider; defendants Year of Birth: 1996; date of arrest: 3/6/2024 (jb) (Entered: 03/07/2024) |
| 03/06/2024 | 3 | Defendant Kayla Reifschneider arrested on warrant issued by the USDC District of Columbia at Washington D.C.. (Attachments: # 1 Charging document- District of Columbia) (jb) (Entered: 03/07/2024) |
| 03/06/2024 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Stephanie S. Christensen as to Defendant Kayla Reifschneider. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: Daniel Natal for Kayla Reifschneider, Deputy Federal Public Defender, present. Special Appearance made by attorney Subject to reconsideration in District of Columbia. Court orders bail set as: Kayla Reifschneider (1) $10,000-Unsecured Appearance Bond, SEE ATTACHED BOND FOR ADDITIONAL CONDITIONS. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Columbia. Bond to Transfer. Defendant ordered to report on March 21, 2024 at 12:30 pm via Zoom. Electronic release order issued. Court Smart: CS 3/6/2024. (jb) (Entered: 03/07/2024) |
| 03/06/2024 | 5 | FINANCIAL AFFIDAVIT filed as to Defendant Kayla Reifschneider. (Not for Public View pursuant to the E-Government Act of 2002) (jb) (Entered: 03/07/2024) |
| 03/06/2024 | 6 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Kayla Reifschneider. (jb) (Entered: 03/07/2024) |
| 03/06/2024 | 7 | DECLARATION RE: PASSPORT filed by Defendant Kayla Reifschneider, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (jb) (Entered: 03/07/2024) |
| 03/06/2024 | 9 | WAIVER OF RIGHTS approved by Magistrate Judge Stephanie S. Christensen as to Defendant Kayla Reifschneider. (jb) (Entered: 03/07/2024) |
| 03/07/2024 | 8 | PASSPORT RECEIPT from U. S. Pretrial Services as to Defendant Kayla Reifschneider. USA passport was received on 3/7/2024. (jb) (Entered: 03/07/2024) |

| 03/07/2024 | | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Defendant Kayla Reifschneider. Your case number is: 1:24mj88. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). The Clerk will forward the passport to you. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (jb) (Entered: 03/07/2024) |